IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CORY T. PERRY,**
    **Plaintiff,**

vs.                          Case No.: 3:10cv281/MCR/EMT

**WALTER McNEIL, et al.,**
    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 29, 2011 (Doc. 59). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 27th day of July, 2011.

                                       <u>s/ *M. Casey Rodgers*</u>
                                       **M. CASEY RODGERS**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**